# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131740

JOHN ORZEL,
      Plaintiff-Appellee,

v

                                       SC: 131740
                                       COA: 269636
                                       WCAC: 04-000426

POLLAS FAMILY MARKET and UNITED
STATES FIDELITY & GUARANTY
COMPANY, SHIELD RISK SERVICES,
      Defendants-Appellants,
and

SECOND INJURY FUND, TOTAL &
PERMANENT DISABILITY PROVISION,
      Defendant.

_____/

On order of the Court, the application for leave to appeal the June 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
Clerk

t1122